IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ERNESTO BENAVIDEZ,

    Plaintiff,

vs.                                                                            No. CIV 13-1229 JB/WPL

RAMON C. RUSTIN,
TOM ZDUNEK, and
THOMAS E. SWISSTACK,

    Defendants.

## **FINAL JUDGMENT**

**THIS MATTER** having come before the Court, under 28 U.S.C. § 1915(b)(1), in Plaintiff Ernesto Benavidez's action under 42 U.S.C. § 1983; and the Court having entered an Order of Dismissal, filed March 31, 2013 (Doc. 25), dismissing Benavidez's Civil Rights Complaint Pursuant to 42 U.S.C. 1983, filed December 26, 2013 (Doc. 1), without prejudice,

**IT IS ORDERED** that final judgment is hereby entered in favor of the Defendants, and this action is dismissed.

_____
UNITED STATES DISTRICT JUDGE

*Parties:*

Ernesto Benavidez
Metropolitan Detention Center
Albuquerque, New Mexico

    *Plaintiff pro se*